IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, | * * * * |
| Plaintiff, | * * |
| and | * * |
| **ORA LOUISE BORELL**, | * * Case No.: RWT 08cv1883 |
| Plaintiff-Intervenor, | * * |
| v. | * * |
| **BARDON, INC.**, *trading as* AGGREGATE INDUSTRIES, | * * * * |
| Defendant. | * * |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment [Paper No. 30], the opposition and reply thereto, and the argument of counsel, it is for the reasons stated in the record this 13th day of November, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Summary Judgment [Paper No. 30] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED**, that summary judgment is entered in favor of the Defendant as to Counts 4 and 5 of Plaintiff-Intervenor's Complaint; and it is further

**ORDERED**, that summary judgment is denied as to Counts 1–3 of Plaintiff-Intervenor's Complaint and as to all counts of Plaintiff's Complaint.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE