

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Exhibit A

## NOTICE TO EMPLOYEES OF BARDON, INC. t/a AGGREGATE INDUSTRIES POSTED PURSUANT TO CONSENT DECREE

This Notice is being posted pursuant to a Consent Decree between Bardon, Inc. t/a Aggregate Industries and the United States Equal Employment Opportunity Commission (hereinafter EEOC).

Under Section 703(a) of Title VII of the Civil Rights Act of 1964 (Title VII), it is unlawful for any employer to discriminate against any individual with respect to his ...terms, conditions, or privileges of employment because of such individual's sex.

**HARASSMENT**: Unwelcome sexual advances, request for sexual favors, physical conduct of a sexual nature or other verbal conduct of a sexual or age based discriminatory nature constitutes harassment when such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Prevention is the best tool for the elimination of sexual harassment. An employer should take all steps necessary to prevent such harassment from occurring, such as affirmatively raising the subject, expressing strong disapproval, developing appropriate sanctions, informing employees of their right to raise and how to raise the issue of harassment under Title VII and developing methods to sensitize all concerned.

**RETALIATION**: Under Section 704(a) of Title VII, it shall be an unlawful employment practice for an employer to discriminate against any of his employees because he has opposed any practice made an unlawful employment practice by these sub-chapters, or because he has made a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing under these sub-chapters.

**WE WILL NOT** engage in any acts or practices made unlawful by the above statutory sections.

**WE WILL NOT** engage in any harassment or discharge of employees based on sex or retaliation.

A copy of this Notice will be posted in a conspicuous place where employee notices are ordinarily placed and will be replaced if it becomes defaced, marred or otherwise made unreadable

By:

_____
(Name and Title)
**BARDON, INC. , t/a AGGREGATE INDUSTRIES**

Dated:_____

Date posting expires:_____